**IT IS ORDERED as set forth below:**



**Date: August 15, 2017**

*Paul Baisier*

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| In re: | | CASE NUMBER |
|---|---|---|
| **CAROLINA MESA**, | | **17-59423-PMB** |
| Debtor. | | CHAPTER 7 |

### ORDER DENYING DEBTOR'S MOTION TO CONVERT

Debtor filed, Pro Se, a motion titled, *Change It from Chapter 7 to Chapter 13* on June 1, 2017 (Docket No. 9) (the "Motion"). The Court issued a Notice of Hearing on June 8, 2017 (Docket No. 13) setting this matter for hearing on July 11, 2017, at 3:00 p.m.

At the call of the calendar, there was no appearance by Debtor, and no other documents have been submitted on this pending matter. Accordingly, it is

**ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for want of prosecution. The Clerk's office is directed to serve this order on the Debtor, the Chapter 7 Trustee, Office of the United States Trustee, all creditors and any parties of interest in this case.

**[END OF DOCUMENT]**